UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Criminal Action No. 1:22-cr-10342-IT |
| | * |
| MAX NOLAN, | * |
| | * |
| Defendant. | * |

MEMORANDUM & ORDER

August 25, 2023

TALWANI, D.J.

The Probation Office has requested early termination of Max Nolan's supervised release in the above-referenced matter. [Doc. No. 3]. The government does not oppose the request. Title 18, Section 3583, of the United States Code empowers this court to terminate a term of supervised release in accordance with Fed. R. Crim. P. 32.1, after the expiration of one year of supervised release and consideration of the sentencing factors found at 18 U.S.C. § 3553, when such action is warranted by a defendant's conduct and the interests of justice. On review of the record demonstrating that Nolan has completed more than one year of supervised release, has satisfied his required one hundred and twenty hours of community service, has paid his $10,000 fine in full, and has otherwise taken strides to engage in society productively and lawfully, the court finds the purposes of sentencing and the ends of justice are best served by early termination. Accordingly, the court ALLOWS the Motion [Doc. No. 3] and hereby TERMINATES Nolan's supervision.

IT IS SO ORDERED

/s/Indira Talwani
United States District Judge